UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CARL MCLEOD,

               Plaintiff,

               - against -

CORRECTION OFFICER RICHARD EPPS,
CORRECTION OFFICER FLOYD HENRY,
and OFFICER CARLOS CONCEPCION,

               Defendants.
-------------------------------------------------------X

**ORDER**
04 CV 2473 (RJD) (LB)

DEARIE, District Judge.

On November 21, 2005, plaintiff failed to appear as ordered for an initial conference before Magistrate Judge Lois Bloom. Magistrate Judge Bloom issued an order rescheduling the conference for December 21, 2005 and warning plaintiff that his failure to appear would result in a recommendation of dismissal. Plaintiff did not appear at the rescheduled conference and has not contacted the Court or defendants. On December 27, 2005, Magistrate Judge Bloom issued a Report and Recommendation proposing that plaintiff's case be dismissed pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(C). No objections have been filed.

The Court adopts Magistrate Judge Bloom's Recommendation in all respects without qualification. Accordingly, the Court dismisses plaintiff's case.

SO ORDERED.

Dated:     Brooklyn, New York
             January 30, 2006

                                           s/ Judge Raymond J. Dearie
                                           RAYMOND J. DEARIE
                                           United States District Judge